

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00617-CR

| | | |
|---|---|---|
| Frank Edward Byrd, III | § | From the 372nd District Court |
| | § | of Tarrant County (1266668D) |
| v. | § | April 17, 2014 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

/s/ Lee Gabriel

By _____
Justice Lee Gabriel